**Dismissed and Memorandum Opinion filed September 6, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00485-CV

**TADD SEYMOUR, Appellant**

**V.**

**KARLA YVONNE PEREZ, Appellee**

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-197340**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 25, 2012. The clerk's record was filed June 19, 2012. No reporter's record or brief was filed.

On July 10, 2012, this court issued an order stating that unless appellant submitted a brief within 30 days, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.